**JS-6**

1   B. Otis Felder SBN 177628
2   Otis.Felder@wilsonelser.com
    **WILSON, ELSER, MOSKOWITZ,**
3    **EDELMAN & DICKER LLP**
4   555 South Flower Street, Suite 2900
    Los Angeles, California 90071
5   Telephone: (213) 443-5100
6   Facsimile:  (213) 443-5101

7   Attorneys for Defendant Jeff Schyman
    Erroneously sued as SCHYMAN FAMILY TRUST
8

9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| VEDA HOUNGVIENGKHAM, | ) Case No.: CV 22-4549-GW-RAOx |
|  | ) |
| Plaintiff, | ) Hon. George H. Wu |
| v. | ) |
|  | ) **JUDGMENT IN FAVOR OF** |
| SCHYMAN FAMILY TRUST, and | ) **DEFENDANT JEFF SCHYMAN** |
| DOES 1 through 100, Inclusive, | ) **AGAINST PLAINTIFF** |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |

21
22      Defendant JEFF SCHYMAN's motion for summary judgment is GRANTED
23  and judgment is entered dismissing this action with prejudice.
24      **IT IS SO ORDERED.**

25  DATED: May 9, 2023        _____
26                             HON. GEORGE H. WU
                               U.S. DISTRICT JUDGE
27
28
                                   1
              **JUDGMENT FOR DEFENDANT AGAINST PLAINTIFF**
281643326v.1

| | | |
|---|---|---|
| 1 | Dated: May 8, 2023 | Respectfully Submitted, |
| 2 | | **WILSON, ELSER, MOSKOWITZ,** |
| 3 | | **EDELMAN & DICKER LLP** |
| 4 | | |
| 5 | | By _____ |
| 6 | | B. Otis Felder |
| 7 | | Attorneys for Defendant Jeff Schyman erroneously sued as |
| 8 | | SCHYMAN FAMILY TRUST |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |